**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Virginia Beach Patios Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Virginia Beach Patios** <br> **DBA  Richmond Patios** <br> **DBA  Innovate** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3306015** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1253 Jensen Dr., Suite #100B** <br> **Virginia Beach, VA 23451** <br> Number, Street, City, State & ZIP Code | **1407 Cypress Ave., Unit B** <br> **Virginia Beach, VA 23451** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Virginia Beach Cit** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.virginiabeachpatios.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | Virginia Beach Patios Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | Virginia Beach Patios Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Virginia Beach Patios Inc.**                                    Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Virginia Beach Patios Inc.**                                    Case number *(if known)* _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2025**
               MM / DD / YYYY

**X** **/s/ Angela Marie Rose**                         **Angela Marie Rose**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Carolyn Bedi**                               Date    **March  6, 2025**
Signature of attorney for debtor                                 MM / DD / YYYY

**Carolyn Bedi**
Printed name

**Bedi Legal, P.C.**
Firm name

**1305 Executive Blvd, Suite 110**
**Chesapeake, VA 23320**
Number, Street, City, State & ZIP Code

Contact phone    **757-222-5842**    Email address    **carolyn@bedilegal.com**

**90545 VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Virginia Beach Patios Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March  6, 2025__     X */s/ Angela Marie Rose*
                                  Signature of individual signing on behalf of debtor

                                  **Angela Marie Rose**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Virginia Beach Patios Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2252 LLC c/o KPM LLC 5601 VA Beach Blvd. Virginia Beach, VA 23462** | | **Rejected Lease- Account Balance (estimated remaining balance)** | | | | **$58,001.40** |
| **Allied Concrete 3920 Shannon St. Chesapeake, VA 23324** | | **Collections** | | | | **$3,341.00** |
| **Alternative Funding Group 2941 NW 62nd St. Suite 201 Fort Lauderdale, FL 33309** | sprfiling@cscglobal.com | **Hard Money Lender** | | **$91,718.75** | **$0.00** | **$91,718.75** |
| **American Express P.O. Box 981535 El Paso, TX 79998** | | **Account Balance** | | | | **$14,157.54** |
| **American Express Business Plat P.O. Box 981535 El Paso, TX 79998** | | **Account Balance** | | | | **$54,434.75** |
| **Country Lane Woodworking 540 Hollander Rd. New Holland, PA 17557** | | **Account Balance** | | | | **$80,894.00** |
| **Fora Financial 519 8th Ave New York, NY 10018** | | **UCC Financing Statement** | | **$242,350.00** | **$80.00** | **$242,270.00** |
| **In-Lite c/o IL Distribution Inc 1550 Deborah Herman Rd. Conover, NC 28613** | | **Account Balance** | | | | **$6,889.77** |

| Debtor | **Virginia Beach Patios Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Taxes Due** | | | | **$38,941.12** |
| **Intuit Outsource Payroll c/o F.Rizzo RichardJames&Assoc 4317 NE Thurston Way Ste 270 Vancouver, WA 98662** | | **Account Balance** | | | | **$10,891.00** |
| **Lakeview Appliances 2600 Elmhurst Rd. Elk Grove Village, IL 60007** | | **Account Balance** | | | | **$17,410.00** |
| **Local Dumpster Rental LLC 6000 Lake Forest Dr Suite 430 Atlanta, GA 30328** | | **Account Balance** | | | | **$3,075.33** |
| **Lowes Business Advantage P.O. Box 530970 Atlanta, GA 30353** | | **Account Balance** | | | | **$6,076.96** |
| **Ray Murray, Inc. PO Box 1302 Fall River, MA 02722** | | **Account Balance** | | | | **$16,886.51** |
| **SBA - EIDL Loan U.S. Small Business Admin. PO Box 3918 Portland, OR 97208-3918** | **sprfiling@cscglobal.com** | **UCC Financing Statement** | | **$30,911.83** | **$0.00** | **$30,911.83** |
| **SiteOne Landscape Supply LLC 300 Colonial Center Pkwy. Suite 600 Skokie, IL 60076** | | **Account Balance** | | | | **$179,516.63** |
| **Stripe/Celtic Bank 268 South State Street Suite 300 Salt Lake City, UT 84111** | **sprfiling@cscglobal.com** | **Hard Money Lender** | | **$52,800.00** | **$0.00** | **$52,800.00** |

Debtor **Virginia Beach Patios Inc.**                                     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vox Funding 100 Park Ave. 26th Floor New York, NY 10017** | **uccfilingreturn@w olterskluwer.com** | **Hard Money Lender** | | **$210,000.00** | **$0.00** | **$210,000.00** |
| **WEX Inc. P.O. Box 639 Portland, ME 04104** | | **Collections** | | | | **$4,240.06** |
| **Yorktown Materials 7601 G Washington Mem. Hwy Yorktown, VA 23692** | | **Account Balance** | | | | **$82,636.52** |

**Fill in this information to identify the case:**

Debtor name   **Virginia Beach Patios Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................   $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................   $      **186,926.86**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................   $      **186,926.86**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **649,676.16**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $      **38,941.12**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$      **545,097.92**

4.  Total liabilities ...............................................................................
    Lines 2 + 3a + 3b   $      **1,233,715.20**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Virginia Beach Patios Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$5,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist (negative balance)** | **Business Checking** | **4858** | **$0.00** |
| 3.2. | **Truist (negative balance)** | **Business Checking** | **2731** | **$0.00** |
| 3.3. | **American Express** | **Business Checking** | **3388** | **$27.95** |
| 3.4. | **Wells Fargo** | **Business Checking** | **4533** | **$32,479.91** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Paypal Account (Online Payment Processing Account)** | **$0.00** |

| Debtor | **Virginia Beach Patios Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 4.2. | **Square Account (Online Payment Processing Account)** | **$80.00** |

| 5. | **Total of Part 1.** | **$37,587.86** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Virginia Beach office security deposit** | **$2,300.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$2,300.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

Debtor    **Virginia Beach Patios Inc.**                                    Case number *(If known)* _____
       Name

| **Materials purchased Miscellaneous outdoor/indoor lighting material, paver materials, concrete, sand, decking materials,, fire feature materials, , miscellaneous building materials, , hardscape materials** | 3/4/2025 | $0.00 | Liquidation | $34,255.00 |
|---|---|---|---|---|

| 20. | **Work in progress 18 active contracts (no actual value until the contract is completed)** | | $0.00 | Replacement | $0.00 |
|---|---|---|---|---|---|

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

| | $34,255.00 |
|---|---|

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor    **Virginia Beach Patios Inc.**                                      Case number *(If known)* _____
                Name

| | | | |
|---|---|---|---|
| **7 office desks, 1 conference table, miscellaneous office chairs, 2 station grill displays, 8x8 bioclimatic aluminum pergola, 2 auto screens, paver/travertine display, miscellaneous showroom appliances** | **$0.00** | **Liquidation** | **$7,200.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **5 computers, 5 laptops, 6 tablets, 1 interactive vibe board, 2 display TVs, 2 laser printers, miscellaneous office supplies**          **$0.00**    **Liquidation**    **$7,800.00**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                            **$15,000.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2022 Mercedes-Benz C300W; vehicle lease** | **$0.00** | **Comparable sale** | **$32,275.00** |
| 47.2.   **2018 Ford F250** | **$0.00** | **Comparable sale** | **$24,206.00** |
| 47.3.   **2019 Ford F150** | **$0.00** | **Comparable sale** | **$16,526.00** |
| 47.4.   **2016 Ford F150; vehicle lease** | **$0.00** | **Comparable sale** | **$13,577.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

Debtor    **Virginia Beach Patios Inc.**
      Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Miscellaneous small hand tools, lifts, ladders, power tools, joint sand/sealer/cleaners, miscellaneous paver materials** | $0.00    Liquidation | $11,200.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

<div style="border:1px solid">$97,784.00</div>

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Exclusivity Agreements: Azenco Outdoors, CoverDream Pool Covers, Station Grill Outdoor Kitchens, Brand Recognition, Brand Value** | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** **www.virginiabeachpatios.com; www.rvapatios.com; innovateoutdoors.com** | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** **VA Contractor license, Virginia Beach business license, Chesapeake city business license** | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** **Email/marketing customer list (4,384 contacts)** | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |

| Debtor | **Virginia Beach Patios Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Virginia Beach Patios logo, Richmond Patios logo, various social media accounts: Instagram accounts (vbpatios, rvapatios), Facebook accounts (vbpatios, rvapatios), Pinterest account, X accounts (vbpatios, rvapatios) and TikTok  (vbpatios, rvapatios)** | **$0.00** | | **$0.00** |

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No.  Go to Part 12.
    - ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF NORFOLK**
    **Case number: CL22-172022-00**
    **VIRGINIA BEACH PATIOS, INC.**
    **V**
    **BRYAN WAYNE RAMSEY, et al.,**

    **Judgment for approximately $204,709.66, but debtor is unsure as to collectability; valued at $0.00.**    **$0.00**

| Nature of claim | **Default Judgment** |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **Virginia Beach Patios Inc.**                                   Case number *(If known)* _____
          Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                        | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Virginia Beach Patios Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,587.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $34,255.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $97,784.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $186,926.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $186,926.86 |

**Fill in this information to identify the case:**

Debtor name __**Virginia Beach Patios Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Alternative Funding Group**<br>Creditor's Name<br><br>**2941 NW 62nd St.**<br>**Suite 201**<br>**Fort Lauderdale, FL 33309**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC Financing Statement filed 12/13/2024**<br><br><br>Describe the lien<br>**UCC Lien** | **$91,718.75** | **$0.00** |

**sprfiling@cscglobal.com**
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/2024**
**Last 4 digits of account number**
**5740**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2** **Fora Financial**<br>Creditor's Name<br><br>**519 8th Ave**<br>**New York, NY 10018**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC Financing Statement Filed 1/10/2022**<br><br><br>Describe the lien<br>**Common Law Lien** | **$242,350.00** | **$80.00** |

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**7/2024**
**Last 4 digits of account number**
**unknown**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Debtor  **Virginia Beach Patios Inc.**
_____
Name

Case number (if known) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $1,259.13 | $13,577.00 |

Creditor's Name

**2016 Ford F150; vehicle lease**

**PO Box 105704**
**Atlanta, GA 30348**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/2022**
**Last 4 digits of account number**
**2796**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $8,490.64 | $32,275.00 |

Creditor's Name

**2022 Mercedes-Benz C300W; vehicle lease**

**36455 Corporate Dr**
**Farmington, MI 48331**

Creditor's mailing address

**Describe the lien**
**Vehicle Lease**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/2022**
**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **SBA - EIDL Loan** | Describe debtor's property that is subject to a lien | $30,911.83 | $0.00 |

Creditor's Name

**UCC Financing Statement filed 06/08/2020**

**U.S. Small Business**
**Admin.**
**PO Box 3918**
**Portland, OR 97208-3918**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

---

Debtor   **Virginia Beach Patios Inc.**                                      Case number (if known) _____
         _____
         Name

**Is the creditor an insider or related party?**

sprfiling@cscglobal.com          ■ No
_____     ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**

**Date debt was incurred**        ■ No
**06/2020**                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4419**
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.6 | **Stripe/Celtic Bank** | **Describe debtor's property that is subject to a lien** | $52,800.00 | $0.00 |

Creditor's Name
                                  **UCC Financing Statement filed 12/20/2024**
**268 South State Street**
**Suite 300**
**Salt Lake City, UT 84111**
_____     **Describe the lien**
Creditor's mailing address          **UCC Lien**
                                    **Is the creditor an insider or related party?**
sprfiling@cscglobal.com          ■ No
_____     ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**

**Date debt was incurred**        ■ No
**12/2024**                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**5705**
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.7 | **Towne Bank** | **Describe debtor's property that is subject to a lien** | $12,145.81 | $16,526.00 |

Creditor's Name
                                  **2019 Ford F150**
**6001 Harbor View Blvd**
**Suffolk, VA 23435**
_____
Creditor's mailing address          **Describe the lien**
                                    **Purchase Money Security**
                                    **Is the creditor an insider or related party?**
                                  ■ No
_____     ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**

**Date debt was incurred**        ■ No
**01/2021**                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**9331**
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| Debtor | **Virginia Beach Patios Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8 | **Vox Funding** | Describe debtor's property that is subject to a lien | $210,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**100 Park Ave.
26th Floor
New York, NY 10017**

Creditor's mailing address

**uccfilingreturn@woltersklu wer.com**

Creditor's email address, if known

**Date debt was incurred
10/2024**

**Last 4 digits of account number
3536**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien
UCC Financing Statement filed 10/30/2024**

**Describe the lien
UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $649,676.16 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001** | Line **2.5** | |
| **C T Corporation System
33 N Brand Blvd.
Suite 700 Attn: SPRS
Glendale, CA 91203** | Line **2.8** | |
| **David Fogel, Esq.
1225 Franklin Ave.
Suite 201
Garden City, NY 11530** | Line **2.1** | **4665** |
| **Erik S. Siebert, US Attorney
US Attorney's Office
101 W Main Street, Ste 8000
Norfolk, VA 23510-1671** | Line **2.5** | |
| **Monroe County Supreme Court
99 Exchange Blvd.
#545
Rochester, NY 14614** | Line **2.1** | |
| **Shore Funding Solutions
2 Huntington Quadrangle
Suite 1N15
Melville, NY 11747** | Line **2.8** | |

| Debtor | **Virginia Beach Patios Inc.** | Case number (*if known*) | |
| | Name | | |

| | | |
|---|---|---|
| **U.S. Small Business Admin.**<br>**2 North St.**<br>**Suite 320**<br>**Birmingham, AL 35203** | Line  **2.5** | |
| **UCC Financing**<br>**c/o Wolters Kluwer Lien Soluti**<br>**P.O. Box 29071**<br>**Glendale, CA 91209** | Line  **2.8** | |

**Fill in this information to identify the case:**

Debtor name  **Virginia Beach Patios Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,941.12 | $38,941.12 |
|  | Date or dates debt was incurred<br>**2022, 2024** | Basis for the claim:<br>**Payroll Taxes Due** | | |
|  | Last 4 digits of account number **unknown**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**2252 LLC**<br>**c/o KPM LLC**<br>**5601 VA Beach Blvd.**<br>**Virginia Beach, VA 23462**<br>**Date(s) debt was incurred  unknown**<br>**Last 4 digits of account number  unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Rejected Lease- Account Balance (estimated remaining balance)**<br>Is the claim subject to offset? ■ No ☐ Yes | $58,001.40 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Allied Concrete**<br>**3920 Shannon St.**<br>**Chesapeake, VA 23324**<br>**Date(s) debt was incurred  unknown**<br>**Last 4 digits of account number  unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Collections**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,341.00 |

| Debtor | **Virginia Beach Patios Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,157.54 |
|---|---|---|---|

**American Express**
P.O. Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

**Basis for the claim:  Account Balance**

Last 4 digits of account number  **1008**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,434.75 |
|---|---|---|---|

**American Express Business Plat**
P.O. Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

**Basis for the claim:  Account Balance**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,894.00 |
|---|---|---|---|

**Country Lane Woodworking**
540 Hollander Rd.
New Holland, PA 17557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  Account Balance**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,889.77 |
|---|---|---|---|

**In-Lite**
c/o IL Distribution Inc
1550 Deborah Herman Rd.
Conover, NC 28613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  Account Balance**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,891.00 |
|---|---|---|---|

**Intuit Outsource Payroll**
c/o F.Rizzo RichardJames&Assoc
4317 NE Thurston Way Ste 270
Vancouver, WA 98662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2025**

**Basis for the claim:  Account Balance**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,410.00 |
|---|---|---|---|

**Lakeview Appliances**
2600 Elmhurst Rd.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  Account Balance**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,589.00 |
|---|---|---|---|

**Liberty Mutual Insurance**
175 Berkeley Street
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **unknown**

**Basis for the claim:  Account Balance**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Virginia Beach Patios Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**Local Dumpster Rental LLC**
**6000 Lake Forest Dr**
**Suite 430**
**Atlanta, GA 30328**

Date(s) debt was incurred **unknown**
Last 4 digits of account number **8650**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,075.33**

---

**3.11** | Nonpriority creditor's name and mailing address
**Lowes Business Advantage**
**P.O. Box 530970**
**Atlanta, GA 30353**

Date(s) debt was incurred **various**
Last 4 digits of account number **2971**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$6,076.96**

---

**3.12** | Nonpriority creditor's name and mailing address
**Luckstone**
**P.O. Box 29682**
**Henrico, VA 23242**

Date(s) debt was incurred **unknown**
Last 4 digits of account number **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,307.59**

---

**3.13** | Nonpriority creditor's name and mailing address
**Ray Murray, Inc.**
**PO Box 1302**
**Fall River, MA 02722**

Date(s) debt was incurred **unknown**
Last 4 digits of account number **4100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$16,886.51**

---

**3.14** | Nonpriority creditor's name and mailing address
**Siewers Lumber & Millwork**
**1901 Ellen Rd.**
**Richmond, VA 23230**

Date(s) debt was incurred **unknown**
Last 4 digits of account number **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,749.86**

---

**3.15** | Nonpriority creditor's name and mailing address
**SiteOne Landscape Supply LLC**
**300 Colonial Center Pkwy.**
**Suite 600**
**Skokie, IL 60076**

Date(s) debt was incurred **unknown**
Last 4 digits of account number **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$179,516.63**

---

**3.16** | Nonpriority creditor's name and mailing address
**WEX Inc.**
**P.O. Box 639**
**Portland, ME 04104**

Date(s) debt was incurred **various**
Last 4 digits of account number **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collections**

Is the claim subject to offset? ■ No ☐ Yes

**$4,240.06**

---

| Debtor | **Virginia Beach Patios Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,636.52 |
|---|---|---|---|

**Yorktown Materials**
**7601 G Washington Mem. Hwy**
**Yorktown, VA 23692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __unknown__

**Basis for the claim:**  __Account Balance__

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General**<br>**US Dept. of Justice**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530-0001** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chaney Enterprises**<br>**2410 Evergreen Road**<br>**Suite 201**<br>**Gambrills, MD 21054** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Erik S. Siebert, US Attorney**<br>**US Attorney's Office**<br>**101 W Main Street, Ste 8000**<br>**Norfolk, VA 23510-1671** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Greenberg, Grant & Richards**<br>**5858 Westheimer Road**<br>**#500**<br>**Houston, TX 77057** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Lowe /Synchrony Bank**<br>**PO Box 669807**<br>**Dallas, TX 75266** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Tucker, Albin & Assoc.**<br>**1702 North Collins Blvd.**<br>**Suite 100**<br>**Richardson, TX 75080** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              38,941.12 |
| **5b. Total claims from Part 2** | 5b.  + | $            545,097.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            584,039.04 |

**Fill in this information to identify the case:**

Debtor name __**Virginia Beach Patios Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **retail lease - previously rejected and moved out** | |
| State the term remaining | **2252 LLC** |
| List the contract number of any government contract | **c/o KPM LLC** **5601 VA Beach Blvd.** **Virginia Beach, VA 23462** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Retail Lease** | |
| State the term remaining **48 months** | **Jensen Flex Space LLC** |
| List the contract number of any government contract | **1252 Jensen Dr.** **Virginia Beach, VA 23451** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Vehicle Lease** | |
| State the term remaining **7 months** | **Mercedes Benz Financial** |
| List the contract number of any government contract | **36455 Corporate Dr** **Farmington, MI 48331** |

**Fill in this information to identify the case:**

Debtor name **Virginia Beach Patios Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Angela Rose** | **1407 Cypress Ave., Unit B Virginia Beach, VA 23451 co-lessee** | **Mercedes Benz Financial** | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Virginia Beach Patios Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $162,127.43 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $3,749,866.45 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $4,655,069.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Virginia Beach Patios Inc.** _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Classic Granite & Marble 1355 Anderson Hwy. Powhatan, VA 23139** | 02/2025 | $16,458.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.    Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ALTERNATIVE FUNDING GROUP vs. VIRGINIA BEACH PATIOS INC DBA VIRGINIA BEACH PATIOS and ANGELA MARIE ROSE** | **Complaint for Judgement** | **Monroe County Supreme Court 99 Exchange Blvd. #545 Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Virginia Beach Patios Inc.** | Case number *(if known)* |
|---|---|---|

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bedi Legal, P.C.**<br>**1305 Executive Blvd, Suite 110**<br>**Chesapeake, VA 23320** | **$5,437.50  Attorney Fees billed against funds held in escrow**<br>**$1,738.00 Filing Fee Costs** | **2/11/2025**<br>**3/7/2025** | **$7,175.50** |
|  | **Email or website address**<br>carolyn@bedilegal.com |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Virginia Beach Patios Inc.**    Case number *(if known)*

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Amine Chaoudar 4917 Morro Blvd. Portsmouth, VA 23703** | **2019 Ford F150 (not running or driveable)** | **January 15, 2025** | **$5,000.00** |
| **Relationship to debtor** | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor   **Virginia Beach Patios Inc.**                                      Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **24 Seven Storage 1101 Jensen Dr Virginia Beach, VA 23451** | **Angela Rose 1407 Cypress Ave., Unit B Virginia Beach, VA 23451** | **Maintenance and some raw materials (sand), small hand tools, outdoor cleaning supplies, etc.** | ☐ No ■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

Debtor   **Virginia Beach Patios Inc.** _____   Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   **Joel Goodman<br>Premier Financial Services<br>4593 Clay Peak Dr.<br>Las Vegas, NV 89129** | **01/2019-01/2025** |
| 26a.2.   **Pixel Financial Group<br>2006 Old Greenbrier Rd<br>Ste. 10<br>Chesapeake, VA 23320** | **01/2025-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.   **Joel Goodman<br>Premier Financial Services<br>4593 Clay Peak Dr.<br>Las Vegas, NV 89129** | **01/2019-01/2025** |

Debtor    **Virginia Beach Patios Inc.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Pixel Financial Group**<br>**2006 Old Greenbrier Rd**<br>**Ste. 10**<br>**Chesapeake, VA 23320** | **01/2025-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Angela Marie Rose**<br>**1407 Cypress Ave., Unit B**<br>**Virginia Beach, VA 23451** | |
| 26c.2.  **Pixel Financial Group**<br>**2006 Old Greenbrier Rd**<br>**Ste. 10**<br>**Chesapeake, VA 23320** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Fora Financial**<br>**519 8th Ave**<br>**New York, NY 10018** |
| 26d.2.  **Vox Funding**<br>**100 Park Ave.**<br>**26th Floor**<br>**New York, NY 10017** |
| 26d.3.  **Alternative Funding Group**<br>**2941 NW 62nd St.**<br>**Suite 201**<br>**Fort Lauderdale, FL 33309** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Angela Marie Rose** | **1407 Cypress Ave., Unit B**<br>**Virginia Beach, VA 23451** | **President/Owner** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Virginia Beach Patios Inc.**                                    Case number *(if known)*

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Angela Marie Rose**<br>**1407 Cypress Ave., Unit B**<br>**Virginia Beach, VA 23451** | **$25,559.67** | **2024-Present** | **Salary and Owner Draws** |
| | **Relationship to debtor**<br>**Owner/President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2025**

**/s/ Angela Marie Rose**                              **Angela Marie Rose**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Virginia

In re  **Virginia Beach Patios Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Billing Hourly** |
| Prior to the filing of this statement I have received | $ | **$7,175.50 (of the retainer amount, $5,437.50 paid for attorney's fees  and $1,738.00 paid for filing fee cost - remainder of $10,824.50 remains in trust)** |
| Balance Due | $ | **Billing Hourly** |

2.    The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Other provisions as needed:
        **All work as appropriate**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        **Nothing excluded**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  7, 2025**

Date

**/s/ Carolyn Bedi**

**Carolyn Bedi**
Signature of Attorney

**Bedi Legal, P.C.**
Name of Law Firm
**1305 Executive Blvd, Suite 110
Chesapeake, VA 23320
757-222-5842  Fax: 757-671-1682**

## United States Bankruptcy Court
### Eastern District of Virginia

In re   **Virginia Beach Patios Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Angela Marie Rose**<br>**1407 Cypress Ave., Unit B**<br>**Virginia Beach, VA 23451** | **Stock** | **100** | **Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  6, 2025**

Signature   **/s/ Angela Marie Rose**

**Angela Marie Rose**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

2252 LLC
c/o KPM LLC
5601 VA Beach Blvd.
Virginia Beach, VA 23462


Allied Concrete
3920 Shannon St.
Chesapeake, VA 23324


Alternative Funding Group
2941 NW 62nd St.
Suite 201
Fort Lauderdale, FL 33309


American Express
P.O. Box 981535
El Paso, TX 79998


American Express Business Plat
P.O. Box 981535
El Paso, TX 79998


Attorney General
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


C T Corporation System
33 N Brand Blvd.
Suite 700 Attn: SPRS
Glendale, CA 91203


Chaney Enterprises
2410 Evergreen Road
Suite 201
Gambrills, MD 21054


Country Lane Woodworking
540 Hollander Rd.
New Holland, PA 17557


David Fogel, Esq.
1225 Franklin Ave.
Suite 201
Garden City, NY 11530

Erik S. Siebert, US Attorney
US Attorney's Office
101 W Main Street, Ste 8000
Norfolk, VA 23510-1671


Fora Financial
519 8th Ave
New York, NY 10018


Ford Motor Credit
PO Box 105704
Atlanta, GA 30348


Greenberg, Grant & Richards
5858 Westheimer Road
#500
Houston, TX 77057


In-Lite
c/o IL Distribution Inc
1550 Deborah Herman Rd.
Conover, NC 28613


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intuit Outsource Payroll
c/o F.Rizzo RichardJames&Assoc
4317 NE Thurston Way Ste 270
Vancouver, WA 98662


Jensen Flex Space LLC
1252 Jensen Dr.
Virginia Beach, VA 23451


Lakeview Appliances
2600 Elmhurst Rd.
Elk Grove Village, IL 60007


Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116

Local Dumpster Rental LLC
6000 Lake Forest Dr
Suite 430
Atlanta, GA 30328


Lowe /Synchrony Bank
PO Box 669807
Dallas, TX 75266


Lowes Business Advantage
P.O. Box 530970
Atlanta, GA 30353


Luckstone
P.O. Box 29682
Henrico, VA 23242


Mercedes Benz Financial
36455 Corporate Dr
Farmington, MI 48331


Monroe County Supreme Court
99 Exchange Blvd.
#545
Rochester, NY 14614


Ray Murray, Inc.
PO Box 1302
Fall River, MA 02722


SBA - EIDL Loan
U.S. Small Business Admin.
PO Box 3918
Portland, OR 97208-3918


Shore Funding Solutions
2 Huntington Quadrangle
Suite 1N15
Melville, NY 11747


Siewers Lumber & Millwork
1901 Ellen Rd.
Richmond, VA 23230

SiteOne Landscape Supply LLC
300 Colonial Center Pkwy.
Suite 600
Skokie, IL 60076


Stripe/Celtic Bank
268 South State Street
Suite 300
Salt Lake City, UT 84111


Towne Bank
6001 Harbor View Blvd
Suffolk, VA 23435


Tucker, Albin & Assoc.
1702 North Collins Blvd.
Suite 100
Richardson, TX 75080


U.S. Small Business Admin.
2 North St.
Suite 320
Birmingham, AL 35203


UCC Financing
c/o Wolters Kluwer Lien Soluti
P.O. Box 29071
Glendale, CA 91209


Vox Funding
100 Park Ave.
26th Floor
New York, NY 10017


WEX Inc.
P.O. Box 639
Portland, ME 04104


Yorktown Materials
7601 G Washington Mem. Hwy
Yorktown, VA 23692

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Virginia Beach Patios Inc.** _____    Case No. _____
Debtor(s)    Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Virginia Beach Patios Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**March  6, 2025** _____
Date

**/s/ Carolyn Bedi** _____
**Carolyn Bedi**
Signature of Attorney or Litigant
Counsel for    **Virginia Beach Patios Inc.**
**Bedi Legal, P.C.**
**1305 Executive Blvd, Suite 110**
**Chesapeake, VA 23320**
**757-222-5842 Fax:757-671-1682**
**carolyn@bedilegal.com**